

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00180-CV

**PAPE PARTNERS, LTD., GLENN R. PAPE AND
KENNETH W. PAPE,**

                                                                    **Appellants**

 **v.**

**DRR FAMILY PROPERTIES LP AND
LOUISE W. CHAMPAGNE,**

                                                                    **Appellees**


**From the 74th District Court
McLennan County, Texas
Trial Court No. 2017-1724-3**


# ORDER


Appellants, Pape Partners, Ltd., Glenn R. Pape, and Kenneth W. Pape, and

Appellee, Louise W. Champagne, have filed an "Unopposed Joint Partial Motion to

Vacate and Dismiss by Agreement of Appellants and Appellee Louise Champagne." The

motion states that Appellants and Appellee Champagne have fully and finally settled the

underlying dispute between them. Appellants and Appellee Champagne therefore ask

us to vacate the trial court's April 17, 2017 "Order on Defendant Louise W. Champagne's

Motion to Dismiss for Lack of Subject Matter Jurisdiction," dismiss Appellants' claims against Appellee Champagne with prejudice, and order that any costs incurred by Appellants and Appellee Champagne with regard to Appellants' claims against Appellee Champagne be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e).

We grant the motion. Accordingly, we vacate the trial court's April 17, 2017 "Order on Defendant Louise W. Champagne's Motion to Dismiss for Lack of Subject Matter Jurisdiction" and dismiss Appellants' claims against Appellee Champagne with prejudice. We further order that each party is assessed the costs incurred by that party with regard to Appellants' claims against Appellee Champagne. Appellants' appeal of the trial court's March 31, 2017 "Order on Defendant DRR Family Properties, LP's Motion to Dismiss for Lack of Subject Matter Jurisdiction" remains pending.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed February 7, 2018
Do not publish

